**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

In re: **Radutoiu, Stelian**                                      , )
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Case No. _____

Chapter **7**_____

Debtor

Address: **165 N. Kenilworth**
         **Glen Ellyn, IL  60137**

Employer's Tax Identification (EIN) No(s). [if any]: _____

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): **2420**

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **Radutoiu, Stelian**
*(Check the appropriate box and, if applicable, provide the required information.)*

- [x] Debtor has a Social Security Number and it is: **3 2 5 - 8 4 - 2 4 2 0**
      *(If more than one, state all.)*

- [ ] Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___-__-____
      *(If more than one, state all.)*

- [ ] Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

- [ ] Joint Debtor has a Social Security Number and it is: ___-__-____
      *(If more than one, state all.)*

- [ ] Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___-__-____
      *(If more than one, state all.)*

- [ ] Joint Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____[signature]_____                   June 4, 2008
Signature of Debtor                        Date

X _____                      _____
Signature of Joint Debtor                  Date

* *Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.